UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ARNOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>    Defendant. | Case No. 18-cv-02982-KAW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 13 |

On June 19, 2018, Plaintiff Marie Arnold filed a motion for leave to file a second amended complaint. (Dkt. No. 13.) Plaintiff's motion is GRANTED.

Plaintiff is advised that the amended complaint will supersede or replace all previous complaints and those complaints will be treated as nonexistent. *Armstrong v. Davis*, 275 F.3d 849, 878 n.40 (9th Cir. 2001), *abrogated on other grounds by Johnson v. California*, 543 U.S. 499 (2005). The amended complaint must therefore be complete in itself without reference to the prior or superseded pleading, as "[a]ll causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (internal citations omitted). In amending her complaint, Plaintiff is advised to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—to make an appointment by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants .

IT IS SO ORDERED.

Dated: June 20, 2018

                                                                               KANDIS A. WESTMORE
United States Magistrate Judge