UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. ARNOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>FARMERS INSURANCE EXCHANGE, et al.,<br><br>    Defendants. | Case No. 18-cv-02982-KAW<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 49 |

On September 28, 2018, Plaintiff Marie A. Arnold filed a notice of dismissal without prejudice.[1] (Dkt. No. 49.) Per Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss a case without a court order where the notice of dismissal was filed before the opposing party serves either an answer or a motion for summary judgment. Here, although Defendants have filed motions to dismiss based on lack of jurisdiction and failure to state a federal claim, no answer or motion for summary judgment has been filed. (*See* Dkt. Nos. 33, 35.) Therefore, dismissal without prejudice is appropriate.

Plaintiff also asks that the Court refund her $400 filing fee. As the Court previously explained in its July 2, 2018 order, "[t]he Judicial Conference of the United States has a long-standing policy that generally prohibits the refunding of fees, subject to the following narrow exceptions: duplicate payments or other erroneous overpayments of fees, special assessments, fines or restitution may be refunded." (Dkt. No. 22 at 2; Gen. Ord. No. 68.) A voluntary dismissal does not fall within any of these limited circumstances. The Court therefore denies Plaintiff's

---

[1] In the alternative, Plaintiff asks that the case be sent to state court. (Dkt. No. 49.) The Court knows of no authority to transfer a case that was originally filed in federal court to a state court.

request that the $400 filing fee be refunded.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge